IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD A. RYAN, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 19-542 |
| | ) |
| MALINDA ADAMS, et al.., | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM ORDER

Richard A. Ryan (Petitioner) has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, challenging the judgment of sentence imposed on him by the Court of Common Pleas of Allegheny County, Pennsylvania, on April 27, 2016, in his criminal case at CP-02-CR-0012696-2015.  ECF No. 3.  The case was referred to Magistrate Judge Cynthia Reed Eddy in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Civil Rules 72.C and D.  Magistrate Judge Eddy issued a Report and Recommendation filed June 3, 2021, recommending that the Petition for Writ of Habeas Corpus be denied and that a certificate of appealability be denied.  ECF No. 28.  The parties were informed that in accordance with 28 U.S.C. § 636(b)(1)(B) and (C), and Local Rule of Court 72.D.2, that objections to the Report and Recommendation were due by June 18, 2021 for the electronically registered Defendants, and by June 21, 2021 for the non-electronically registered Petitioner.  Petitioner has not filed Objections.

After de novo review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 30th day of July 2021,

IT IS ORDERED that the Report and Recommendation, ECF No. 28, filed on June 3, 2021, by Magistrate Judge Eddy, is adopted as the Opinion of the Court.

IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is DENIED.

A certificate of appealability is DENIED, as jurists of reason would not disagree with the analysis of the Report.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the petitioner desires to appeal from this Order he must do so within thirty days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

  s/*Marilyn J. Horan*
Marilyn J. Horan
United States District Court Judge

cc:    Richard A. Ryan, pro se
       MN-1998
       SCI MERCER
       801 Butler Pike
       Mercer, PA 16137
       (via U.S. First Class Mail)